

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00183-CV

| | | |
|---|---|---|
| ERIC ANDERSON, AARON GARCIA, ALUM RB, LLC, HERMAN TORRES, IRIS TORRES, AND RB SHIELDS ME, LLC, Appellants | § § | On Appeal from the 17th District Court of Tarrant County (017-324993-21) |
| V. | § | December 2, 2021 |
| INNOVATIVE INSULATION, INC., Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellants Eric Anderson, Aaron Garcia, Alum RB, LLC, Herman Torres, Iris Torres, and RB Shields Me, LLC, shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack